E-Filed 5/20/10

Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
Tracy Tien (State Bar No. 253930)
ttien@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Plaintiffs Todd Densmore and Antal Herz*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY VENTURA, on behalf of himself and all others similarly situated, | Case No. 10-CV-1811 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RELATING CASES |
| v. | The Honorable Edward M. Chen |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| Defendant. | |
| This document also relates to: | Case No. 10-cv-1945 EDL |
| TODD DENSMORE and ANTAL HERZ, on behalf of themselves and all others similarly situated, | The Honorable Elizabeth D. Laporte |
| Plaintiffs, | |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., a Delaware corporation, | |
| Defendant. | |

1

[~~PROPOSED~~] ORDER RELATING CASES
CASE NO. 10-CV-1811 EMC

| | |
|---|---|
| This document also relates to:<br><br>JASON BAKER, SEAN BOSQUETT, FRANK BACHMAN, PAUL GRAHAM, and PAUL VANNATTA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC successor to SONY COMPUTER ENTERTAINMENT AMERICA, INC.<br><br>Defendant. | Case No. 10-cv-1897 SC<br><br>The Honorable Samuel Conti |
| This document also relates to:<br><br>KEITH WRIGHT, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.; and SONY COMPUTER ENTERTAINMENT AMERICA, LLC.<br><br>Defendants. | Case No. 10-cv-1975 JL<br><br>The Honorable James Larson |

2
[PROPOSED] ORDER RELATING CASES
CASE NO. 10-CV-1811 EMC

1  On May 17, 2010, Plaintiffs Todd Densmore and Antal Herz filed an Administrative
2  Motion to Consider Whether Cases Should Be Related, pursuant to Local Civil Rule 3-12.
3  The Court having considered the papers and pleadings on file, and good cause appearing,
4  hereby GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be
5  Related.
6  It is hereby ordered that the following cases be related to Ventura:
7  1. *Densmore, et al., v. Sony Computer Entertainment America, Inc.*, Case No. 10-cv-1945 EDL,
8  2. *Baker, et al., v. Sony Computer Entertainment LLC,* Case No. 10-cv-1897 SC, and
9  3. *Wright v. Sony Computer Entertainment America Inc. et al.,* Case No. 10-cv-1975 JL.

**IT IS SO ORDERED.**

Dated: 5-20-10

The Honorable ~~Edward M. Chen~~ RICHARD SEEBURGH
United States ~~Magistrate Judge~~ District Judge